# Public Access to Court Information - Case Search

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | S-1400-CV-202100707 | Category: | Civil |
| Title: | TIMOTHY, STEWART & LEKOS SEED | Filing Date: | 11/10/2021 |
| Court: | Yuma County Superior | Disposition Date: | |
| Judge: | | | |

| | |
|---|---|
| **ANTHONY J. COMELLA**   DEFENDANT  -  D 2 | |
| **NORMA R. COMELLA**   DEFENDANT  -  D 3 | |
| **BARRY L OLSEN**   ATTORNEY  -  Y 1 | |
| **RUBY J. FARMS, L.L.C., AN ARIZONA LIMITED LIABILITY COMPANY**   DEFENDANT  -  D 1 | |
| **TIMOTHY, STEWART & LEKOS SEED COMPANY, INC., A CALIFORNIA CO**   PLAINTIFF  -  P 1 | |

## Case Activity

| Date | Description | Party |
|---|---|---|
| 12/2/2021 | SERVICE: ACCEPTANCE | P 1 |
| 11/10/2021 | SUMMONS: SUMMONS | D 3 |
| 11/10/2021 | SUMMONS: SUMMONS | D 1 |
| 11/10/2021 | SUMMONS: SUMMONS | D 2 |
| 11/10/2021 | INDICATOR: DISCOVERY TIER 1 | P 1 |
| 11/10/2021 | SUMMONS: SUMMONS | P 1 |
| 11/10/2021 | SUMMONS: SUMMONS | P 1 |
| 11/10/2021 | SUMMONS: SUMMONS | P 1 |
| 11/10/2021 | ARBITRATION: CERTIFICATE OF COMPULSORY ARBITRATION - IS NOT | P 1 |
| 11/10/2021 | COMPLAINT: Complaint | P 1 |

## Document Search

For access to criminal and civil court documents in the Superior Court visit the *eAccess portal*.
For more information about the eAccess portal please visit: *https://www.azcourts.gov/eaccess*.

**NOTES:**
**Internet Explorer 10 Users: Case details will not display properly unless you switch to Compatibility View. How?**

**The following case types are excluded from search results:** sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration. **Charges stemming from local ordinance violations are not included.**

**Please be aware of the following limitations of the case records displayed:**
• The information may not be a current, accurate, or complete record of the case.
• The information is subject to change at any time.
• The information is not the official record of the court.
• Not all cases from a participating court may be included.
• The information should not be used as a substitute for a thorough background search of official public records.

**The user is responsible for verifying information provided on this website against official court information filed at the court of record.** Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.

Data available on this web site is updated frequently and can be provided via electronic media for an annual subscription fee. If interested, please *Contact Us*.

**Case info is updated on this website weekly. Information is updated each Friday to reflect case information through the Wednesday of the same week.**

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
11/10/2021  2:58PM
BY: CIBROWN
DEPUTY

Case No.: S1400CV202100707
HON. HON LARRY KENWORTHY

Barry L. Olsen, Bar No. 015226
**LAW OFFICES OF LARRY W. SUCIU, PLC**
101 E. Second Street
Yuma, Arizona 85364
Telephone: (928) 783-6887 Fax: (928) 783-7086
bolsen@lwslaw.net

Attorneys for Plaintiff

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF YUMA

| | |
|---|---|
| TIMOTHY, STEWART & LEKOS SEED COMPANY, INC., a California corporation DBA TS&L SEED COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RUBY J. FARMS, L.L.C., an Arizona limited liability company; ANTHONY J. COMELLA and NORMA R. COMELLA, husband and wife, JOHN DOES 1-3; JANE DOES 1-3; ABC CORPORATIONS 1-3; DEF PARTNERSHIPS 1-3; GHI LIMITED PARTNERSHIPS 1-3; JKL LIMITED LIABILITY COMPANIES 1-3, <br><br> Defendants. | Case No. S1400CV2021- <br><br> Div. No. <br><br> **COMPLAINT** <br> (Breach of Contract/Personal Guaranty) |

COMES NOW the Plaintiff and for its Complaint against Defendants, and each of them, alleges as follows:

- 1 -

1. That Plaintiff, Timothy, Stewart & Lekos Seed Company, Inc., DBA TS&L Seed Company, is a California corporation, which transacts business in Yuma County, Arizona.

2. That Defendant, Ruby J. Farms, L.L.C., is an Arizona limited liability company, with its principal place of business in Santa Cruz County, Arizona, which transacts, or has transacted business in Yuma County, Arizona which caused certain events and undertakings to occur in Yuma County, Arizona, which are the subject matter of this Complaint.

3. That Defendants, Anthony J. Comella and Norma R. Comella, husband and wife, are residents of Santa Cruz County, Arizona, which transacts, or have transacted business in Yuma County, Arizona and that the events and undertakings alleged herein were taken on behalf of and in furtherance of the parties' marital community.

4. That this action involves a claim for breach of contract/personal guaranty, the dollar amount involved exceeds $10,000 and that this Court has original and exclusive jurisdiction over the parties and subject matter as the products were delivered to Ruby J. Farms, LLC's direction to Ruby J. Farms, LLC's grower in Yuma County, Arizona.

5. That on October 27, 2020, Defendant, Ruby J. Farms, L.L.C., executed a Customer Credit Information ("Credit Agreement") with Plaintiff, requesting a credit account from Plaintiff for the purchase of watermelon

transplants and related products, which Plaintiff provided to Defendants at Defendants' instance and request.

6. That on October 27, 2020, Defendant, Anthony J. Comella, executed a Personal Guaranty, personally guaranteeing payment of any sums due Plaintiff under the Credit Agreement.

7. That from October 27, 2020, Plaintiff provided Defendants with watermelon transplants and related products on a credit basis at Defendants' instance and request.

8. That pursuant to the Credit Agreement Defendants agreed to pay Plaintiff interest/service charges of 1% of the unpaid balance per month, or 12% per annum, for any balance not paid within 30 days.

9. That Defendants have failed and/or refused to make the required payments to Plaintiff resulting in a default of the Credit Agreement.

10. That as of November 3, 2021, Defendants are indebted to Plaintiff in the principal sum of $406,519.28, together with applicable interest/service charges at the contractual rate of 12% per annum in the amount of $5,751.03.

11. That Defendants have failed and refused to pay Plaintiff the amounts due.

12. That Defendants' failure and refusal to pay Plaintiff the amounts due Plaintiff constitutes breach of contract and breach of guaranty.

- 3 -

13. That Plaintiff is entitled to a judgment against Defendants, and each of them, on Plaintiff's Complaint for the principal sum of $406,807.23, together with applicable interest/service charges at the contractual rate of 12% per annum in the amount of $5,751.03 as of November 3, 2021, together with accumulating interest/service charges thereafter as set forth in the Credit Agreement until paid in full.

14. That this matter is alleged to arise in contract and Plaintiff requests an award of its costs and attorney's fees pursuant to the terms of the Credit Agreement and Personal Guaranty which provide for the prevailing party to recover its' attorney's fees and costs and/or A.R.S. §§ 12-341 and 12-341.01.

WHEREFORE, Plaintiff prays for the following relief against Defendants, and each of them, on its' Complaint:

A. For a judgment in the principal amount of $406,807.23, together with interest/service charges at the contractual rate of 12% per annum in the amount of $5,751.03, as of November 3, 2021, together with accumulating interest/service charges thereafter at the rate of 12% per annum as set forth in the Credit Agreement until paid in full;

B. For an award of Plaintiff's attorney's fees and costs pursuant to the Credit Agreement and Personal Guaranty and/or A.R.S. §§ 12-341 and 12-341.01; and

C. For such other and further relief as the Court deems just and appropriate.

DATED this 9th day of November, 2021.

       **LAW OFFICES OF LARRY W. SUCIU, PLC**

       By: _____
         Barry L. Olsen

*Law Offices of Larry W. Suciu, PLC*
*101 E. Second Street*
*Yuma, Arizona 85364*
*Tel: (928) 783-6887 Fax: (928) 783-7086*

- 5 -

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
11/10/2021 2:58PM
BY: CIBROWN
DEPUTY

Person/Attorney Filing: Barry L Olsen
Mailing Address: 101 E 2nd Street
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-6887
E-Mail Address: svaughan@lwslaw.net
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015226, Issuing State: AZ

Case No.: S1400CV202100707
HON. HON LARRY KENWORTHY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF YUMA

Timothy, Stewart & Lekos Seed Company, Inc., a California
Plaintiff(s),
v.
Ruby J. Farms, L.L.C., an Arizona limited liability company, et al.
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Yuma County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Barry L Olsen /s/
Plaintiff/Attorney for Plaintiff

Person/Attorney Filing: Barry L Olsen
Mailing Address: 101 E 2nd Street
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-6887
E-Mail Address: svaughan@lwslaw.net
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015226, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YUMA

Timothy, Stewart & Lekos Seed Company, Inc., a California
Plaintiff(s),
v.
Ruby J. Farms, L.L.C., an Arizona limited liability company, et al.
Defendant(s).

Case No.   S1400CV202100707

**SUMMONS**

To: Anthony J. Comella

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date:*November 10, 2021*

*Lynn Fazz*
Clerk of Superior Court

By:*CIBROWN*
Deputy Clerk



Person/Attorney Filing: Barry L Olsen
Mailing Address: 101 E 2nd Street
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-6887
E-Mail Address: svaughan@lwslaw.net
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015226, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YUMA

Timothy, Stewart & Lekos Seed Company, Inc., a California
Plaintiff(s),
v.
Ruby J. Farms, L.L.C., an Arizona limited liability company, et al.
Defendant(s).

Case No.   S1400CV202100707

**SUMMONS**

To: Norma R. Comella

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of YUMA

SIGNED AND SEALED this date:*November 10, 2021*

*Lynn Fazz*
Clerk of Superior Court

By:*CIBROWN*
Deputy Clerk



Person/Attorney Filing: Barry L Olsen
Mailing Address: 101 E 2nd Street
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-6887
E-Mail Address: svaughan@lwslaw.net
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015226, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YUMA

Timothy, Stewart & Lekos Seed Company, Inc., a California
Plaintiff(s),
v.
Ruby J. Farms, L.L.C., an Arizona limited liability company, et al.
Defendant(s).

Case No.   S1400CV202100707

**SUMMONS**

To: Ruby J. Farms, L.L.C., an Arizona limited liability company

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date:*November 10, 2021*

*Lynn Fazz*
Clerk of Superior Court

By:*CIBROWN*
Deputy Clerk



FILED
Lynn Fazz
CLERK, SUPERIOR COURT
12/02/2021  6:32AM
BY: CIBROWN
DEPUTY

Barry L. Olsen, Bar No. 015226
**LAW OFFICES OF LARRY W. SUCIU, PLC**
101 E. Second Street
Yuma, Arizona 85364
Telephone: (928) 783-6887 Fax: (928) 783-7086
bolsen@lwslaw.net

Attorneys for Plaintiff

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF YUMA

| | |
|---|---|
| TIMOTHY, STEWART & LEKOS SEED COMPANY, INC., a California corporation DBA TS&L SEED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RUBY J. FARMS, L.L.C., an Arizona limited liability company; ANTHONY J. COMELLA and NORMA R. COMELLA, husband and wife, JOHN DOES 1-3; JANE DOES 1-3; ABC CORPORATIONS 1-3; DEF PARTNERSHIPS 1-3; GHI LIMITED PARTNERSHIPS 1-3; JKL LIMITED LIABILITY COMPANIES 1-3,<br><br>Defendants. | Case No. S1400CV2021-00707<br><br>Div. No. III<br><br>**ACCEPTANCE OF SERVICE OF PROCESS** |

I, Shane D. Buntrock, of Buntrock, Harrison & Gardner, PLLC, attorneys for Defendants, Ruby J. Farms, L.L.C., an Arizona limited liability company, Anthony J. Comella and Norma R. Comella, do hereby accept service of the Summons,

- 1 -

Complaint and Certificate of Arbitration in the above-captioned matter on behalf of Defendants, Ruby J. Farms, L.L.C., an Arizona limited liability company, Anthony J. Comella and Norma R. Comella, and expressly waive service of the Summons, Complaint and Certificate of Arbitration upon Defendants, Ruby J. Farms, L.L.C., an Arizona limited liability company, Anthony J. Comella and Norma R. Comella.

I understand that this Acceptance of Service is not a waiver of service in accordance with Rules 4.1 and 4.2 of the Arizona Rules of Civil Procedure and that the time for filing an Answer or responsive pleading is not extended by the execution of this Acceptance of Service.

DATED this 30 day of November, 2021.

**BUNTROCK, HARRISON & GARNER, PLLC**

By: _____
Shane D. Buntrock, Attorneys for Defendants

STATE OF ARIZONA }
                 }§.
County of Maricopa }

On this the 30th day of November, 2021, before me, the undersigned Notary Public, personally appeared Shane D. Buntrock, known to me or satisfactorily proven to be the person whose name(s) was subscribed to the within instrument and acknowledged that it was executed the same for the purpose therein contained.

In witness whereof I hereunto set my hand and official seal.

My commission expires:
6-10-2024

_____
Notary Public



Notary Public State of Arizona
Maricopa County
Wesley Gordon Caspers
My Commission Expires 06/10/2024
Commission Number 582602

- 2 -

Filed electronically via TurboCourt this 2nd day of December, 2021, with:

Yuma County Superior Court

A copy of the foregoing mailed and/or emailed this 2nd day of December, 2021, to:

The Honorable Lawrence C. Kenworthy

Yuma County Superior Court – Division III
jschram@courts.az.gov

Barry L. Olsen, Esq.
bolsen@lwslaw.net
Law Offices of Larry W. Suciu, PLC
101 E. 2nd Street
Yuma, AZ 85364
Attorneys for Plaintiff

Shane D. Buntrock, Esq.
shane@bhglaw.com
Buntrock, Harrison and Gardner, PLLC
2158 N. Gilbert Road, Suite 119
Mesa, AZ 85203
Attorneys for Defendants

By: /s/ [signature]

- 3 -